UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NATIONAL SURETY CORPORATION, | ) | Case No.: 13-CV-04131-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | MINUTE ORDER AND CASE MANAGEMENT ORDER |
| GALLI PRODUCE, INC., GERALD PIERACCI, and JEFF PIERACCI, | ) ) ) | |
| Defendants. | ) ) ) | |

Clerk:  Martha Parker Brown          Plaintiff's Attorneys:  Kathleen Hegen, Craig Giometti
Reporter:  Lee-Anne Shortridge       Defendants' Attorney:  Kathryn Spelman
Length of hearing: 30 minutes

    A case management conference was held on January 29, 2014.  A further case management conference is set for May 7, 2014, at 2:00 p.m.

    The Court GRANTS Plaintiff's motion for leave to file the Second Amended Complaint. Plaintiff shall file the Second Amended Complaint by January 29, 2014. Defendants shall file their response to the Second Amended Complaint by February 17, 2014.

    The parties shall file a joint proposed protective order by February 7, 2014.

    The discovery limits in the Federal Rules of Civil Procedure shall govern this case.

    The Court set the following case schedule:

LAST DAY TO AMEND PLEADINGS/ADD PARTIES is March 19, 2014.

FACT DISCOVERY CUTOFF is November 7, 2014.

EXPERT DISCOVERY:
    Opening Reports:  November 21, 2014

1

Case No.: 13-CV-04131-LHK
CASE MANAGEMENT AND MINUTE ORDER

Rebuttal Reports:  December 5, 2014
Cut-off:  December 19, 2014

DISPOSITIVE MOTIONS shall be filed by January 15, 2015, and set for hearing no later than March 5, 2015, at 1:30 p.m.  Each side shall be limited to one motion for summary judgment and adjudication, partial or otherwise, during the duration of this case. Plaintiff is subject to the following page limits: 25 pages for the motion, 25 pages for the opposition, and 15 pages for the reply. Defendants are subject to the following page limits: 30 pages for the motion, 30 pages for the opposition, and 20 pages for the reply.

PRETRIAL CONFERENCE DATE is April 30, 2015, at 1:30 p.m.

JURY TRIAL DATE is June 1, 2015, at 9 a.m. in Courtroom 8, 4th floor.

TRIAL LENGTH is estimated to be 5 days.

**IT IS SO ORDERED.**

Dated: January 29, 2014

LUCY H. KOH
United States District Judge

2

Case No.: 13-CV-04131-LHK
CASE MANAGEMENT AND MINUTE ORDER